| | |
|---|---|
| 1  Leslie R. Smith, Esq. (Bar No. 152504)<br>   LESLIE R. SMITH,<br>2  A PROFESSIONAL LAW CORPORATION<br>   6500 Wilshire Blvd., Suite 1650<br>3  Los Angeles, California 90048<br>   Telephone:    (323) 944-0400<br>4  Facsimile:     (323) 944-0106<br>   Leslie@LeslieSlaw.com | cc: Fiscal Section |

6   Attorney for Plaintiffs Jaklin Babazadeh
    and Louise Babazadeh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKLIN AND LOUISE BABAZADEH )<br>                                                  )<br>                                                  )<br>                 Plaintiffs              )<br>                                                  )<br>         v.                                     )<br>                                                  )<br>OLGA CEBOTARENCO; MARTIN )<br>TENNISON; DOES 1 THROUGH 50, )<br>INCLUSIVE                         )<br>                                                  )<br>                                                  )<br>                 Defendants.        )<br>                                                  )<br>_____ ) | Case No. 2:13-cv-02569-R-MRW<br><br>**ORDER GRANTING MOTION TO REMAND AND AWARDING ATTORNEYS' FEES**<br><br>JS - 6 |

The Motion to Remand and Request for Attorneys Fees of plaintiffs Jaklin Babazadeh and Louise Babazadeh came on for hearing on May 20, 2013. Leslie R. Smith appeared on behalf of the Plaintiffs. Kelly N. Kades appeared on behalf of Defendant Martin Tennison. After considering all pleadings and papers filed in support of and in opposition to the Motion and the argument presented by counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED. This case is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles, Case No. SC118789.

2. Plaintiffs are awarded their attorneys' fees incurred in connection with the Motion in the amount of $1,200.00, payable by defendant Martin Tennison.

3. Defendant Martin Tennison's Motion to Dismiss set for hearing on June 3, 2013 is hereby VACATED.

DATED: May 23, 2013

_____
**HONORABLE MANUEL L. REAL**
**U.S. District Judge**